**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF PUERTO RICO**

**<u>MINUTE OF HEARING</u>**

*<u>Hearing Information:</u>*

| | | | |
|---|---|---|---|
| **Debtor:** | RAMON RAMOS CANCEL ■ | **Case Number:** | 11-07084-MCF |
| **Joint Debtor:** | CARMEN CORTES | **Chapter:** | 13 |

**Date / Time / Room:**            11-4-2011            **Courtroom #3**

**Bankruptcy Judge:**    **Hon. Mildred Caban Flores**

**Courtroom Deputy:**            ADA LOPEZ        ■

*<u>Matter:</u>*

Fast Track Confirmation Hearing

*<u>Appearances:</u>* ☐ **Debtor** ☐ **Debtor's Attorney** ☐ **Trustee** ☐ **US Trustee** ☐ **Creditors/Others:**

*<u>Notes and Remarks:</u>* **\*(Order will be entered electronically)**

☑ **Plan Dated**: Not Dated _____ ☐ As modified in open Court (see additional comments) was: ☐ **Confirmed.\*** ☑ **Denied.\***

☐ **Motion filed by** _____ is ☐ **Granted \*** ☐ **Denied \*** ☐ **Withdrawn** ☐ **Moot.**

☑ **341 Meeting was rescheduled for**: Not Held _____.

☑ **Hearing rescheduled for:** 01/26/2012 at 9:00am _____. \*Objections must be filed no later than fourteen

(14) days prior to the hearing on confirmation as per LBRP 3015-2 (e)(1).        ☐ **Clerk to give notice of hearing.\***

☑ Additional Comments:

Clerk to follow up on Trustee's Motion to Dismiss (docket#13).

Confirmation hearing will be held at the U. S Post Office and Courthouse Building, 300 Recinto Sur Street, Third Floor, Courtroom 3, Old San Juan, P. R.